UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BEAUVAIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NELSON, WATSON )<br>ASSOCIATES, LLC )<br>Defendant ) | Civil Action No. 1:11-CV-12144-DJC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) the Plaintiff hereby voluntarily dismisses all claims in the above-entitled action with prejudice.

Respectfully submitted this 18th day of February, 2012.

Plaintiff, Thomas Beauvais
By his attorney,

/s/ Christian A. Gonsalves
Christian A. Gonsalves, BBO#648326
Attorney at Law
Post Office Box 110
East Boston, MA 02128
Phone: 617-970-1301
Fax: 617-207-4349

## *CERTIFICATE OF SERVICE*

The undersigned certifies that on February 18, 2012 a true and accurate copy of the foregoing:

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

was served upon the Defendant's counsel, Jennifer A. Kirby, Esq., by first class mail, postage prepaid or by electronic notice.

/s/ Christian A. Gonsalves, Esq.
Christian A. Gonsalves, Esq.